MASXP 20110425

leakes

Case 1:13-cv-11080-DJC   Document 6   Filed 05/21/13   Page 1 of 20

Commonwealth of Massachusetts

05/14/2013
09:51 AM

**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## SUCV2012-04644
## Greene v Griffin et al

| | | | |
|---|---|---|---|
| **File Date** | 12/28/2012 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 05/14/2013 | **Session** | A - Civil A, 3 Pemberton Sq, Boston |
| **Origin** | 1 - Complaint | **Case Type** | E17 - Civil Rights Act (12.011H-1) |
| **Track** | A - Average track | **Lead Case** | |
| | | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | 04/27/2013 | 02/21/2014 | 12/18/2014 | 01/17/2015 | | |
| **Filed By** | 03/28/2013 | 04/27/2013 | 05/27/2013 | 03/23/2014 | | 02/16/2015 | | 12/13/2015 |
| **Heard By** | | | 06/26/2013 | 03/23/2014 | | | 06/16/2015 | |

### PARTIES

**Plaintiff**
Robert L Greene
Active 12/28/2012

**Private Counsel 642964**
Ilyas J Rona
Milligan Coughlin LLC
7 Liberty Square
2nd Floor
Boston, MA 02109
Phone: 617-758-8800
Fax: 617-708-4703
Active 12/28/2012 Notify

**Private Counsel 667886**
John R Bita III
Milligan Coughlin LLC
7 Liberty Square
2nd Floor
Boston, MA 02109
Phone: 617-500-3694
Fax: 617-708-4703
Active 12/28/2012 Notify

**Defendant**
Thomas  Griffin
Served: 02/12/2013
Served (answr pending) 02/21/2013

**Private Counsel 662034**
Amy Bratskeir
Boston (City of) Law Dept
City Hall, Room 615
Boston, MA 02201
Phone: 617-635-4017
Fax: 617-635-6199
Active 05/14/2013 Notify

**Private Counsel 666080**
Julie A. Ciollo
Boston (City of) Law Dept
CITY HALL
Room 615
Boston, MA 02201
Phone: 617-635-4045
Fax: 617-635-6199
Active 05/14/2013 Notify

MASXP-20110425
leakes

Commonwealth of Massachusetts
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

05/14/2013
09:51 AM

## SUCV2012-04644
### Greene v Griffin et al

| | |
|---|---|
| **Defendant**<br>Stephen Fabiano<br>Served: 02/12/2013<br>Served (answr pending) 02/12/2013 | **Private Counsel 662034**<br>Amy Bratskeir<br>Boston (City of) Law Dept<br>City Hall, Room 615<br>Boston, MA 02201<br>Phone: 617-635-4017<br>Fax: 617-635-6199<br>Active 05/14/2013 Notify |
| | **Private Counsel 666080**<br>Julie A. Ciollo<br>Boston (City of) Law Dept<br>CITY HALL<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4045<br>Fax: 617-635-6199<br>Active 05/14/2013 Notify |
| **Defendant**<br>John  Doe 1<br>Dismissed under time standards 05/01/2013 | |
| **Defendant**<br>John  Doe 2<br>Dismissed under time standards 05/01/2013 | |

I HEREBY ATTEST AND CERTIFY ON

May 14, 2013 THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

By: _____
Asst. Clerk

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/28/2012 | 1.0 | Complaint & Jury Demand on all Issues |
| 12/28/2012 | | Origin 1, Type E17, Track A. |
| 12/28/2012 | 2.0 | Civil action cover sheet filed($25,000.00) |
| 02/21/2013 | 3.0 | SERVICE RETURNED: Thomas Griffin(Defendant) (in hand) Stephen Fabiano (in hand 2/12/13) |
| 05/01/2013 | 4.0 | ORDER OF DISMISSAL re: John Doe 1; John Doe 2 (w/o prejudice; service not complete by 1-88 deadline). Copies mailed. |
| 05/01/2013 | | Case status changed to 'Needs review for answers' at service deadline review |
| 05/02/2013 | | Copy of Petition for Removal to US Dist Court of defendants (US Dist# 13-cv-11080) |
| 05/14/2013 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

**SUCV2012-04644**
**Greene v Griffin et al**

*Suffolk Superior Civil Court*

*12-4644*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.

*U.S. Dist #*
*13-cv-11080*

---

ROBERT L. GREENE,
               Plaintiff.

v.

THOMAS GRIFFEN, STEPHEN
FABIANO, and presently unidentified JOHN
DOE NO. 1 & JOHN DOE NO. 2,
               Defendants.

---

2013 MAY -2  PM 4: 20

**NOTICE OF REMOVAL**
**(PURSUANT TO 28 U.S.C. § 1441)**

       The Defendants, Thomas Griffen and Stephen Fabiano ("Defendants"), hereby give notice of the removal of this action - pursuant to 28 U.S.C. § 1441 – from the Suffolk Superior Court, where this action is currently pending.  In Superior Court, the case is docketed as Civil Action No. 2012-4644-A and has the same caption as above.

       In support of this notice, the Defendants state:

1.     In Count One and Count Two of his Complaint, Plaintiff is suing the Defendants pursuant to 42 U.S.C. § 1983, alleging various violations of his federal and state civil rights.  (See Plaintiff's Complaint, attached as Exhibit 1).

2.     Accordingly, the Plaintiff's Complaint arises under the Constitution, treaties or laws of the United States and therefore is subject to removal under 28 U.S.C. § 1441(b).

3.     A fair reading of the Plaintiff's allegations makes it reasonably apparent that federal constitutional law is at issue in this case and therefore the Defendants, Thomas Griffen and Stephen Fabiano, have a statutory right to remove this action.

I HEREBY ATTEST AND CERTIFY ON

May 14, 2013        THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

Date: May 1, 2013

Respectfully submitted,
Defendants,
THOMAS GRIFFEN and STEPHEN FABIANO,
By their attorneys,

William F. Sinnott, Corporation Counsel

/s/ Amy Bratskeir
_____
Amy Bratskeir, BBO# 662034
Julie Ciollo, BBO# 666080
Assistants Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4017 (Amy Bratskeir)
Amy.Brakskier@cityofboston.gov
(617) 635-4045 (Julie Ciollo)
Julie.Ciollo@cityofboston.gov

## CERTIFICATE OF SERVICE

I, Amy Bratskier, hereby certify that on this date I served a copy of the foregoing document via mail to the Plaintiff counsel at:

Ilyas J. Rona
John R. Bita III
Milligan Coughlin LLC
7 Liberty Sqaure, 2nd Floor
Boston, MA  02109

/s/ Amy Bratskeir
_____
Amy Bratskeir

Date: May 1, 2013

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Robert L. Greene v. Thomas Griffen and Stephen Fabiano et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   ☐ I.   410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II.  110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

   ☐ III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).

   YES ☑   NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐       Central Division ☑       Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ☐       Central Division ☐       Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Amy Bratskeir

ADDRESS City of Boston Law Department, Room 615; Boston, MA 02201

TELEPHONE NO. 617-635-4017

(CategoryForm12-2011.wpd  - 12/2011)

JS 44 (Rev 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert L. Greene

**DEFENDANTS**
Thomas Griffen & Stephen Fabiano

**(b)** County of Residence of First Listed Plaintiff  Suffolk, MA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Suffolk, MA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ilyas J. Rona Esq., and John R. Bita Esq.
Milligan Coughlin LLC.
Seven Liberty Sq, 2nd Floor, Boston, MA 02109    (617) 758-8800

Attorneys *(If Known)*
Attorneys for Defendants:
Amy Bratskeir and Julie Ciollo, Assts. Corporation Counsel
City of Boston Law Dept. Rm 615    (617) 635-4017

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Plaintiff brings suit under 42 USC 1983

Brief description of cause:
Plaintiff claims Boston Police Officers violated his civil rights by using excessive force.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE                              DOCKET NUMBER

DATE 5/1/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

TRIAL COURT
SUPERIOR COURT DEPARTMENT

ROBERT L. GREENE,

      Plaintiff,

    v.

THOMAS GRIFFIN, STEPHEN
FABIANO, and presently unidentified
JOHN DOE NO. 1 & JOHN DOE NO. 2,

      Defendants.

Civil Action No.        12-4644 A

2012 DEC 28  PM 4: 30
MICHAEL JOSEPH DONE
CLERK/MAGISTRATE

## <u>COMPLAINT AND DEMAND FOR JURY TRIAL</u>

Plaintiff Robert L. Greene brings this action for violation of civil rights against

Defendants Thomas Griffin and Stephen Fabiano, both of whom are police officers

employed by the City of Boston, along with two other unidentified Boston police

officers (hereinafter collectively referred to as "Defendants"), based on their use of

excessive force in arresting Greene without a reasonable basis.  As grounds for this

complaint, Plaintiff states and alleges as follows:

### <u>INTRODUCTION</u>

1.      On New Year's Day in 2010, Plaintiff Robert L. Greene (hereinafter

referred to as "Greene") was approached by several members of the Boston Police

department on suspicion of drug activity, though he was never charged for a drug-

related offense. As the officers approached Mr. Greene, a verbal altercation ensued.  The

officers made offensive remarks to Greene, to which he responded verbally.  Sensing

that the officers were visibly enraged, Greene fled. The officers immediately exited the

police cruiser and chased him.  At the direction of the officers, Greene stopped running.

The officers then swarmed Greene and severely beat him.  Greene was only charged in

connection with his efforts to flee from and avoid the beating he received, and those

charges were dismissed.

      2.      Through this action, Greene seeks relief for the violation of his civil rights

at the hands of the Boston police officers who beat him. These officers are Defendants

Thomas Griffin, Stephen Fabiano, and two others who are presently unidentified.

## JURISDICTION AND VENUE

      3.      This action is brought, pursuant to 42 U.S.C. § 1983, G.L c. 12, § 11I, and

the common law.  The amount in controversy exceeds $25,000.  This Court also has

exclusive jurisdiction over the plaintiff's claim under G.L. c. 12, 11I, the Mass. Civil

Rights Act,  pursuant to G.L. c. 12, § 11H

      4.      The acts giving rise to this civil action took place within three (3) years of

the filing of this Complaint, and occurred within Suffolk County, Massachusetts.

## PARTIES

      5.      Plaintiff Robert L. Greene is a citizen of the Commonwealth of

Massachusetts and a resident of 444 Harrison Avenue, Boston, MA 02118.

      6.      Defendant Thomas Griffin, ("Officer Griffin"), whose true address is

unknown to the Plaintiff, is a duly appointed officer of the City of Boston Police

Department.  At all times material to this Complaint, Officer Griffin was acting within the scope of his employment under the color of state law.  He is sued in his individual capacity.

7.      Defendant Stephen Fabiano, ("Officer Fabiano"), whose true address is unknown to the Plaintiff, is a duly appointed officer of the City of Boston Police Department.  At all times material to this Complaint, Officer Fabiano was acting within the scope of his employment under the color of state law.  He is sued in his individual capacity.

8.      Defendants John Doe No. 1 and No. 2, whose names and addresses are currently unknown to the plaintiff, are duly appointed officers of the City of Boston Police Department.  At all times material to this Complaint, John Doe No. 1 and No. 2 were acting within the scope of their employment under the color of state law. They are sued in their individual capacities.

<u>FACTS</u>

9.      On January 1, 2010, at approximately 6:45 p.m., the plaintiff was walking westbound on East Berkley Street.  His destination was Copley Square.

10.      At that time, Defendants were patrolling the area of Washington Street and East Berkley Street in Boston, Massachusetts in an unmarked police cruiser.  The Defendants claim they observed what they thought to be a hand-to-hand drug transaction between Greene and another man, who were both on foot.

11.     The defendants approached Greene in an unmarked police cruiser as he was walking down East Berkley Street. The driver of the unmarked cruiser identified himself as police and asked Greene where he was going. Greene responded, and this elicited an offensive remark directed at Greene from one of the Defendants. Greene, who at this point was not under arrest, verbally responded to the offensive remark.

12.     This remark caused the Defendants to become visibly enraged. Fearing for his safety, Greene began running down East Berkeley Street towards Washington Street. Defendants exited the police cruiser and ran after him.

13.     After one of the Defendants shouted "Hold it or I'll shoot," Greene stopped running, and all four Defendants descended on him.

14.     The Defendants struck Greene repeatedly on both sides of his head, causing him to fall face down onto the sidewalk. Greene was handcuffed and his legs were tied together with plastic restraints while one of the Defendants was sitting on him. That Defendant forcefully pushed Greene's head into the sidewalk at least three times, causing him to suffer a serious head injury.

15.     Greene sustained a laceration to the right side of his head, causing him to bleed profusely, and contusions to the left side of his face.

16.     Instead of being examined by an Emergency Medical Technician, Greene was transported to the District D-4 police station for booking.

17.     After being booked, Greene was taken by ambulance to Tufts Medical Center, where he received treatment for his injuries.

4

18.     Defendant Officer Griffin filed an Application for Criminal Complaint on January 4, 2010, alleging two counts of assault and battery on a police officer, resisting arrest and disorderly conduct.  Greene was not charged with a drug-related offense.

19.     The charges against Greene were dismissed due to the Commonwealth's failure to produce discovery, including Use of Force reports which the Boston Police Department requires officers to complete.

20.     Greene has received treatment of the physical, neurological, and psychiatric injuries sustained during this incident on several occasions, both at Tufts and through his primary care physician.

## CAUSES OF ACTION

### COUNT I
VIOLATION OF FOURTH, EIGHTH, AND FOURTEENTH AMENDMENTS
BY DEFENDANT LAW ENFORCEMENT OFFICERS (42 U.S.C. § 1983)

21.     Plaintiff incorporates by reference the foregoing paragraphs as if restated herein.

22.     The defendants directly and proximately caused the following by acting alone or in concert with one another:

(a)    Violation of Greene's clearly established Fourth and Fourteenth

        Amendment right to be free from unreasonable seizure by: (i) seizure

        without probable cause to believe the plaintiff had committed a crime; (ii)

        using a degree of force that was unreasonable under the circumstances;

and/or (iii) failing to intervene and/or ameliorate the physical attack on Greene when an opportunity to do so existed.

(b)   Violation of Greene's clearly established Eighth and Fourteenth Amendment right to be free from cruel and unusual punishment by: (i) using a degree of force that was unreasonable under the circumstances; and/or (ii) failing to provide timely and/or adequate medical services.

(c)   Violation of Greene's clearly established Fourteenth Amendment right to due process of law by a deprivation of life and liberty without fair procedure by: (i) using a degree or force that was unreasonable under the circumstances; and /or (ii) failing to intervene and / or ameliorate the physical attack upon Greene when an opportunity existed to do so; and/or (iii) failing to provide timely and adequate medical services; and

(d)   Other tortious activity that rises to the level of constitutional violations.

**COUNT II**
MASSACHUSETTS CIVIL RIGHTS ACT
(G.L. c. 12 § 11I)

23. Plaintiff incorporates by reference the foregoing paragraphs as if restated herein.

24. The conduct of the Defendants described in Count 1 also constitutes interference with the plaintiff's civil rights by threats, intimidation or coercion, in violation of the Massachusetts Civil Rights Act, G.L. c. 12, § 11I.

## COUNT III
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

25.     Plaintiff incorporates by reference the foregoing paragraphs as if restated

herein.

26.     The Defendants, acting alone or in concert with one another, acted

intentionally in physically assaulting the plaintiff and depriving him of timely medical

care.

27.     Defendants' conduct was extreme and outrageous.

28.     Plaintiff has sustained (and continues to sustain) extreme emotional

suffering as a direct and proximate result of the acts and omissions of the Defendants.

29.     Plaintiff has suffered, and continues to suffer, severe emotional distress,

resulting in physical, psychiatric and emotional symptoms.

## COUNT IV
ASSAULT & BATTERY

30. Plaintiff incorporates by reference the foregoing paragraphs as if restated

herein.

31. The defendants' use of excessive force in arresting the plaintiff, acting alone

or in concert with one another, constituted common law assault and battery.

## COUNT V
FALSE ARREST

32. Plaintiff incorporates by reference the foregoing paragraphs as if restated

herein.

33. The defendants' arrest of the plaintiff was unjustified and lacking in probable

cause.

### REQUESTS FOR RELIEF

WHEREFORE, the plaintiff, Robert L. Greene, requests that this Court:

a.  Award judgment against defendants as to Count One, including punitive

damages and attorney's fees, as provided by 42 U.S.C. § 1988.

b.  Award judgment against defendants as to Count Two, including compensatory

damages and attorney's fees, as provided by G.L. c. 12 § 11I.

c.  Award judgment against defendants as to Count Three, including punitive

damages.

d.  Award judgment against defendants as to Count Four, including punitive

damages.

e.  Award judgment against defendants as to Count Five, including punitive

damages.

f.  Award any other relief that this Court deems appropriate.

## JURY DEMAND

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully submitted,

PLAINTIFF ROBERT L. GREENE,
By his Attorney,

Dated: December 28, 2012

Ilyas J. Rona (BBO# 642964)
John R. Bita III (BBO# 667886)
**MILLIGAN COUGHLIN LLC**
Seven Liberty Square, 2nd Floor
Boston, Massachusetts 02109
Tel: (617) 758-8800
Fax: (866) 708-4703
ijr@milligancoughlin.com
jrb@milligancoughlin.com

I HEREBY ATTEST AND CERTIFY ON
May 14, 2013 _____ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT | DOCKET NO. 12-4644 |
|---|---|---|
| | COUNTY OF | SUFFOLK |

**PLAINTIFF(S)** Robert L. GREENE

**DEFENDANT(S)** Thomas GRIFFIN, Stephen FABIANO, John DOE(S) 1 and 2

Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO#

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known)

John R. Bita III, Esq.
Milligan Coughlin, LLC
7 Liberty Square 2nd Floor
Boston, MA 02109
(617) 758 8800  BBO# 667886

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E17 | Civil Rights Act G L c 12, s 11H - Average Track | | ⊙ ] Yes  ○ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses
 2. Total doctor expenses
 3. Total chiropractic expenses
 4. Total physical therapy expenses
 5. Total other expenses (describe)                                    Subtotal $

B. Documented lost wages and compensation to date        $
C. Documented property damages to date        $
D. Reasonably anticipated future medical expenses        $
E. Reasonably anticipated lost wages and compensation to date        $
F. Other documented items of damages (describe)        $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Laceration to forehead, requiring staples
post-concussive disorder & related psychiatric issues

Total $ 25,000.—

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL $...............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   Date: Dec 28, 2012
A.O.S.C. 3-2007

I HEREBY ATTEST AND CERTIFY ON
May 14, 2013, THAT THE
FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

By: _____
Asst. Clerk

# Commonwealth of Massachusetts



SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _2012 - 4644 = A_

_Robert L. Greene_ _____, Plaintiff(s)

v.

_Thomas Griffin, Stephen Fabiano,_ _____, Defendant(s)
_& John Doe 1 & 2_

## SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant:

You are hereby summoned and required to serve upon _Ilyas J. Rona,_
_Milligan Coughlin LLC_ _____
plaintiff's attorney, whose address is _7 Liberty Sq. 2nd Floor Boston MA 02109_, an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the _5th_ _____ day of
_February_ _____, in the year of our Lord two thousand _thirteen_ _____.

_Michael Joseph Donovan_

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

I HEREBY ATTEST AND CERTIFY ON
_May 14, 2013_ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE.
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

Asst. Clerk

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*                                                                       February 14, 2013

I hereby certify and return that on 2/12/2013 at 10:30 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to D. Bryant Clerk agent, person in charge at the time of service for Thomas Griffin, Maureen Feeney-City Clerk 1 City Hall Square Room 601 Boston, MA 02201-2014 .  Attest/Copies ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Travel ($1.00) Total: $37.00

Deputy Sheriff   John Cammarata

*Deputy Sheriff*

---

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*                                                                       February 14, 2013

I hereby certify and return that on 2/12/2013 at 10:30 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to D.Bryant Clerk agent, person in charge at the time of service for Stephen Fabiano, Maureen Feeney-City Clerk 1 City Hall Square Room 601 Boston, MA 02201-2014 .  Attest/Copies ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Total: $36.00

Deputy Sheriff   John Cammarata

*Deputy Sheriff*

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court



CIVIL DOCKET #      SUCV2012-04644

RE: **Greene v Griffin et al**

### ORDER OF

### DISMISSAL UNDER STANDING ORDER 1 - 88

This action came on before the Court, pursuant to Standing Order 1-88, and it appearing that service of process has not been completed upon the defendant(s) named below, it is ORDERED that the complaint is hereby dismissed, without prejudice, with respect to said defendant(s).

    Doe 1, John
    Doe 2, John

This order may be vacated only by the Regional Administrative Justice (or designee).

Dated this 1st day of May, 2013.

Paul E. Troy, Justice

Michael Joseph Donovan
Clerk of Courts

BY:

I HEREBY ATTEST AND CERTIFY ON

May 14, 2013 _____ THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
    Asst. Clerk

Elaina M. Quinn
Assistant Clerk

Telephone: 617-788-8107

Copies mailed.
