UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT L. GREENE**

V.     CIVIL ACTION NO. **13-11080-DJC**

**THOMAS GRIFFIN, ET AL**

## Scheduling Order

Casper, J.

    This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

    Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

    1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **July 8, 2013** .

    2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **September 16, 2013** .

    3. **Fact Discovery**.

        a.    **Final Deadline**. All discovery, other than expert discovery, must be completed by **February 19, 2014** .

    4. **Status Conference**. A status conference will be held on **February 24, 2014** at **2:00PM** in Courtroom 11, 5th Floor.

5. **Expert Discovery**.

    a.    Plaintiff(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **March 26, 2014 and experts deposed by April 26, 2014** .

    b.    Defendant(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **April 26, 2014 and experts deposed by May 26, 2014** .

    c.    All trial experts must be deposed by **May 26, 2014** .

6. **Summary Judgment Motions**.

    a. Motions for summary judgment must be filed by **July 26, 2014** .

    b. Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

    c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.


Date:  **June 24, 2013**              /s/ Denise J. Casper
                                              U. S. District Judge